IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARRY BINDER,

    Plaintiff,                                       No. MISC 08-0057 GEB KJM

    vs.

VANESSA SALAS,

    Defendant.                                      <u>ORDER</u>

_____/

        Plaintiff's motion to compel deposition of nonparty Vanessa Salas came on regularly for hearing June 18, 2008. No appearance was made for either party. In light of the failure of the moving party to appear at the hearing, the court deems the motion withdrawn.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel [docket no. 3] is denied without prejudice.

DATED: June 23, 2008.

_____
U.S. MAGISTRATE JUDGE

006
binder.oah

1